Burt A. JORDAN

v.

Ann JORDAN.

No. 79–411–M.P.

Supreme Court of Rhode Island.

Nov. 16, 1979.

Aram A. Arabian, Providence, for plaintiff-respondent.

Kirshenbaum & Kirshenbaum, Alfred Factor, Providence, for defendant-petitioner.

Robert J. Fallon, Legal Counsel, Child Welfare Services, Cranston, James A. Farrell, Jr., Warwick, Guardian Ad Litem for Arthur and Emily Jordan.

### ORDER

The petition for writ of certiorari is denied.